HARRIET F. SMITH, Appellant, *v.* BERTRAND C. SMITH, Respondent.

*Smith* v. *Smith,* 97 App. Div. 629, appeal dismissed.
(Submitted October 6, 1904; decided October 25, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 28, 1904, which affirmed an order of Special Term denying a motion to have taxed as costs certain disbursements incurred in making service of the summons and complaint.

*Jacob Neu* for appellant.

*J. H. K. Blauvelt* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.